IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| COLBY JEROME HALE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-354 (MTT) |
| HOUSTON COUNTY JAIL, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Magistrate Judge Charles H. Weigle's Recommendation (Doc. 11) regarding the Plaintiff's civil rights Complaint (Doc. 1) filed pursuant to 42 U.S.C. § 1983.  The Magistrate Judge recommends that the Plaintiff's excessive force claim against Defendant Sergeant Ryan Burleson be allowed to proceed beyond frivolity review, and to that end the Magistrate Judge has ordered that Defendant Burleson be served with and answer the Complaint.  However, the Magistrate Judge recommends that all of the Plaintiff's remaining claims be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).  The Plaintiff did not object to the Magistrate Judge's Recommendation.

The Court has reviewed the Recommendation and the Plaintiff's Complaint.  The Recommendation is adopted and made the **ORDER** of the Court.  The Plaintiff's excessive force claim against Defendant Burleson will proceed as ordered by the Magistrate Judge.  All of the Plaintiff's remaining claims against the other named parties are **dismissed without prejudice**.

**SO ORDERED**, this 20th day of November, 2012.

                                               S/ Marc T. Treadwell
                                               MARC T. TREADWELL, JUDGE
                                               UNITED STATES DISTRICT COURT