## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **COLBY JEROME HALE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:12-CV-354 (MTT)** |
| ) | |
| **Sgt. RYAN BURLESON,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## <u>ORDER</u>

The Plaintiff has filed a motion to strike (Doc. 53) Sgt. Burleson's response to his objection to the Magistrate Judge's Recommendation.  However, this Court adopted the Recommendation on October 15, 2013, granting Sgt. Burleson's motion to dismiss the Plaintiff's complaint.  Judgment was entered against the Plaintiff and his case dismissed October 16, 2013.  Therefore, the Plaintiff's motion to strike, filed October 22, 2013, is untimely and **DENIED as moot**.

**SO ORDERED**, this 25th day of October, 2013.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT