IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| COLBY JEROME HALE, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 5:12-CV-354 (MTT) |
| Sgt. RYAN BURLESON, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The Plaintiff has filed a motion to strike (Doc. 53) Sgt. Burleson's response to his objection to the Magistrate Judge's Recommendation. However, this Court adopted the Recommendation on October 15, 2013, granting Sgt. Burleson's motion to dismiss the Plaintiff's complaint. Judgment was entered against the Plaintiff and his case dismissed October 16, 2013. Therefore, the Plaintiff's motion to strike, filed October 22, 2013, is untimely and **DENIED as moot**.

**SO ORDERED**, this 25th day of October, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT