IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **COLBY JEROME HALE,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-354 (MTT) |
| **Sgt. RYAN BURLESON,** | ) |
| Defendant. | ) |

### ORDER

Before the Court is the Plaintiff's motion to proceed *in forma pauperis* (Doc. 58) on his appeal from this Court's Order (Doc. 51) granting the Defendant's motion to dismiss. However, for the reasons stated in the Magistrate Judge's Report and Recommendation (Doc. 48) – namely, that the Plaintiff failed to submit to a deposition and failed to prosecute his complaint diligently – the Court finds the Plaintiff's appeal is not taken in good faith.

Accordingly, the Plaintiff's motion to proceed *in forma pauperis* on appeal is **DENIED**. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."); Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed in forma pauperis in the district-court action…may proceed on appeal in forma pauperis…unless…the district court…certifies that the appeal is not taken in good faith"). Any further requests to proceed *in forma pauperis* on appeal should be directed, on motion, to the United States Court of Appeals

for the Eleventh Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

    **SO ORDERED**, this 4th day of December, 2013.

                                        <u>S/ Marc T. Treadwell</u>
                                        MARC T. TREADWELL, JUDGE
                                        UNITED STATES DISTRICT COURT